Daniel Scott Furst, Esq.
SICHENZIA ROSS FERENCE LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725
Email: sfurst@srf.law

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
POWER UP LENDING GROUP, LTD.,                :    2:17-cv-06601-SJF-AKT
                                             :
                Plaintiff,                   :
                                             :
      - vs. -                                :    **NOTICE OF APPEARANCE**
                                             :
NUGENE INTERNATIONAL, INC., and              :
ROBERT B. WHEAT                              :
                                             :
                Defendants.                  :
---------------------------------------------------------------------x

PLEASE TAKE NOTICE that Daniel Scott Furst, Esq. of Sichenzia Ross Ference LLP hereby appears as counsel on behalf of Defendant Robert B. Wheat. It is respectfully submitted that all future papers and notices of electronic filing with respect to this action be forwarded to the undersigned.

Dated: New York, New York
       February 27, 2019

                                            Respectfully submitted,

                                            SICHENZIA ROSS FERENCE LLP

                                    By:_____
                                            Daniel Scott Furst, Esq.
                                            1185 Avenue of the Americas, 37th Floor
                                            New York, New York 10036
                                            (212) 930-9700
                                            sfurst@srf.law
                                            *Attorneys for Defendant Robert B. Wheat*